# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 1, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

139769(54)

DAN-KAI TUS and NU CHEN YEN TUS,
      Plaintiffs/Counter-Defendants/
      Appellants,

v

SHIRLEY HURT f/k/a SHIRLEY ROBBINS,
      Defendant-Cross Defendant,
and

STERLING MORTGAGE & INVESTMENT
COMPANY,
      Defendant/Counter-Plaintiff/Cross
      Plaintiff/Appellee,
and

AMERICAN TITLE COMPANY OF
WASHTENAW and REPUBLIC BANC
MORTGAGE COMPANY,
      Third-Party Defendants.
_____

SC: 139769
COA: 281007
Washtenaw CC: 06-000910-CH

On order of the Chief Justice, the motion by the Michigan Credit Union League for leave to file a brief *amicus curiae* is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 1, 2010

_____
Clerk